# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. George Gerard Kahl IV**         Docket No. 7:16-CR-74-1D

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of George Gerard Kahl IV, who, upon an earlier plea of guilty to Interstate Travel to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b), was sentenced by the Honorable Rosemary M. Collyer, U.S. District Judge for the District of Columbia, on September 18, 2013, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

George Gerard Kahl IV was released from custody on January 19, 2016, at which time the term of supervised release commenced.

Transfer of Jurisdiction to the Eastern District of North Carolina was filed on July 7, 2016.

On March 9, 2018, the court approved a Petition for Action on Supervised Release adding sex offender specific conditions of supervised release as recommended by the treatment provider.

On December 12, 2018, the court approved a Violation Report continuing supervision after Kahl admitted during polygraph examination that he viewed adult pornography.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 11, 2020, Kahl submitted to polygraph examination at the U.S. Probation Office in Jacksonville, North Carolina. During the examination, the defendant admitted to the polygrapher and the undersigned probation officer that he viewed adult pornography on one occasion during the summer after his relationship ended with his girlfriend. The polygrapher validated the defendant's admission that it was adult pornography that he viewed.

After the polygraph examination, Kahl submitted to urinalysis that returned positive for marijuana on an instant field test. When confronted with the positive test results, the defendant admitted he used marijuana on or about November 26, 2020. Additionally, he signed a Drug Admission Form admitting to the validity of the test results. Kahl also reported as the result of his relationship ending with his girlfriend, ongoing health issues, and issues he is experiencing as he ages with manual labor, he believes he would benefit from substance abuse and mental health counseling. The probation officer contacted Kahl's sex offender counselor who will address the violations detailed above. Also, the probation officer will continue with cognitive behavior interventions. Based on the above information, the probation officer respectfully recommends the conditions of supervised release be modified to include drug aftercare and mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

George Gerard Kahl IV
Docket No. 7:16-CR-74-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: December 15, 2020

### ORDER OF THE COURT

Considered and ordered this  16  day of  December , 2020, and ordered filed and made a part of the records in the above case.

 Dever 
James C. Dever III
U.S. District Judge