UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. George Gerard Kahl IV**　　　　　　　　　　　　　　　　**Docket No. 7:16-CR-74-1D**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of George Gerard Kahl IV, who, upon an earlier plea of guilty to Interstate Travel to Engage in Illicit Sexual Contact, in violation of 18 U.S.C. § 2423(b), was sentenced by the Honorable Rosemary M. Collyer, U.S. District Judge for the District of Columbia, on September 18, 2013, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

George Gerard Kahl IV was released from custody on January 19, 2016, at which time the term of supervised release commenced.

Transfer of Jurisdiction to the Eastern District of North Carolina was filed on July 7, 2016.

On March 9, 2018, the court approved a Petition for Action on Supervised Release adding sex offender specific conditions of supervised release as recommended by the treatment provider.

On December 12, 2018, the court approved a Violation Report continuing supervision after Kahl admitted during polygraph examination that he viewed adult pornography.

On December 16, 2020, the court approved a Petition for Action on Supervised Release adding the drug aftercare program and mental health treatment, as the result of Kahl testing positive for marijuana.

On June 16, 2022, the court approved a Violation Report continuing supervision after Kahl admitted during polygraph examination that he viewed adult pornography and tested positive for marijuana.

On December 15, 2022, the court approved a Violation Report continuing supervision after Kahl admitted during polygraph examination that he viewed adult pornography.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 27, 2025, a Notice of Violation was received from Sr. U. S. Probation Officer Krista M. Robertson, with the District of South Carolina, advising that on September 3, 2025, Mr. Kahl provided a urine specimen which was confirmed positive for cocaine by Abbott Toxicology, Inc. on September 11, 2025. On October 6, 2025, Mr. Kahl reported to the U.S. Probation Office for a polygraph examination. At that time, he admitted to drinking alcohol until becoming incapacitated, daily. He further admitted to smoking marijuana six to seven times since his last polygraph examination in April of 2025, and he admitted to using cocaine three to four times from July of 2025 until his last positive drug screen on September 3, 2025. When questioned about his apparent substance abuse issues, Mr. Kahl advised his poor physical and mental health have created a "vicious cycle" of using alcohol, marijuana, and cocaine to cope with feeling depressed and anxious. To address these issues, Mr. Kahl was referred to Shoreline Behavioral Health Services in Conway, South Carolina, for a substance abuse assessment.

On October 15, 2025, Mr. Kahl reported to Shoreline for a substance abuse assessment. Following his assessment, the treatment provider recommended Mr. Kahl attend an inpatient medically supervised detox and rehabilitation program to address his alcohol use, as well as weekly individual counseling sessions to address his depression and anxiety. Mr. Kahl is scheduled to enter Tidelands Health Rehabilitation Hospital on November 1, 2025, for approximately one week. He will continue to attend substance abuse counseling before and after his hospitalization. Therefore, the U.S. Probation Office in the District of South Carolina respectfully requests Mr. Kahl's term of supervision be extended for an additional three (3) months, reflecting a new expiration date of April 18, 2026, to allow for Mr. Kahl to receive the full benefit of substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The term of supervised release is extended for (3) months, for a new total term of 123 months. The new expiration date will be April 18, 2026.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: October 28, 2025

### ORDER OF THE COURT

Considered and ordered this **29** day of **October**, 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge